## 29412. BELL v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 18, 1975.

Barrington B. Bell, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 29477. HASP v. HOPPER.

The appeal is dismissed as moot.

*Appeal dismissed. All the Justices concur. Hill, J., disqualified.*

DECIDED FEBRUARY 25, 1975.

William X. Hasp, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 29654. ROBERTS v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 4, 1975.

Lonnie Richard Roberts, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.